UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT FIREMAN and ANN RAIDER,

Plaintiffs,

v.

NEWS AMERICA MARKETING IN-STORE, INC.,

Defendant.

05 - 11740MLW

Civil Action No.

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT NEWS AMERICA MARKETING IN-STORE, INC.**

Defendant News America Marketing In-Store, Inc. hereby submits the following corporate disclosure statement pursuant to Local Rule 7.3(A).

*News Corporation*, a publicly traded company, is the parent company of defendant News America Marketing In-Store, Inc.

NEWS AMERICA MARKETING IN-STORE, INC.

By its attorneys,

Gordon P. Katz (BBO# 261080)
Tara J. Myslinski (BBO #644936)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: August 23, 2005
Boston, Massachusetts

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished by first class mail, postage pre-paid, to Kevin T. Peters, Todd & Weld LLP, 28 State Street, 31st Floor, Boston, Massachusetts 02109, counsel for plaintiffs, this 23rd day of August, 2005.

_____
Gordon P. Katz

# 3168375_v1