UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT FIREMAN and ANN RAIDER,<br><br>                    Plaintiffs,<br><br>v.<br><br>NEWS AMERICA MARKETING IN-STORE, INC.,<br><br>                    Defendant. | Civil Action No. 05-11740-MLW |

**ASSENTED-TO MOTION TO ENLARGE TIME TO FILE RESPONSIVE PLEADING**

Defendant News America Marketing In-Store, Inc. hereby moves that its time to respond to plaintiff's complaint be enlarged to and including **September 30, 2005.**

As ground for the assented-to motion, News America Marketing In-Store, Inc. states that the complaint was just recently filed, and, because of summer vacation schedules, additional time is necessary to permit News America Marketing In-Store, Inc.'s personnel to review the complaint's allegations with counsel.

NEWS AMERICA MARKETING IN-STORE, INC.

By its attorneys,

/s/ Gordon P. Katz
Gordon P. Katz (BBO# 261080)
Tara J. Myslinski (BBO #644936)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

# 3186218_v1

ASSENTED TO:

ROBERT FIREMAN and ANN RAIDER

By their attorneys,


/s/ Kevin T. Peters
Kevin T. Peters (BBO #550522)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA  02109
(617) 720-2626


Dated:  August 30, 2005
        Boston, Massachusetts