# Holland & Knight

Tel 617 523 2700
Fax 617 523 6850

Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
www.hklaw.com

September 6, 2005

**TARA J. MYSLINSKI**
617-854-1450
tara.myslinski@hklaw.com

**By First Class Mail**
Civil Clerk's Office
United States District Court
Eastern District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

Re: Fireman v. News America Marketing In-Store, Inc.,
    Civil Action No. 05-11740MLW

Dear Sir/Madam:

Enclosed for filing please find a docket sheet belonging to C.A. No. 05-11740MLW, which was inadvertently omitted from the Superior Court's package of certified documents that were filed with the district court on August 30, 2005.

Should you have any questions, please do not hesitate to contact our office and ask for Attorney Tara Myslinski at the above number. Thank you.

Very truly yours,

HOLLAND & KNIGHT LLP

Angela D. Marino,
Assistant to Tara J. Myslinski

ADM/bms
Enclosure

# 3200437_v1

Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

## SUCV2005-03378
### Fireman et al v News America Marketing in-Store Inc

| | | | | | | |
|---|---|---|---|---|---|---|
| **File Date** | 08/08/2005 | **Status** | Disposed: transfered to other court (dtrans) | | | |
| **Status Date** | 08/26/2005 | **Session** | H - Civil H, 3 Pemberton Square, Boston | | | |
| **Origin** | 1 | **Case Type** | A99 - Misc contract | | | |
| **Lead Case** | | **Track** | F | | | |
| | | | | | | |
| **Service** | 11/06/2005 | **Answer** | 01/05/2006 | **Rule12/19/20** | 01/05/2006 | |
| **Rule 15** | 01/05/2006 | **Discovery** | 06/04/2006 | **Rule 56** | 07/04/2006 | |
| **Final PTC** | 08/03/2006 | **Disposition** | 10/02/2006 | **Jury Trial** | Yes | |

### PARTIES

**Plaintiff**
Robert Fireman
Active 08/08/2005

**Private Counsel 550522**
Kevin T Peters
Todd & Weld
28 State Street
31st Floor
Boston, MA 02109
Phone: 617-720-2626
Fax: 617-227-5777
Active 08/08/2005 Notify

**Plaintiff**
Ann Raider
Active 08/08/2005

**Defendant**
News America Marketing in-Store Inc
Served: 08/11/2005
Served (answr pending) 08/16/2005

**Private Counsel 261080**
Gordon P Katz
Holland & Knight
10 Saint James Avenue
11th Floor
Boston, MA 02116
Phone: 617-523-2700
Fax: 617-523-6850
Active 08/26/2005 Notify

**Private Counsel 644936**
Tara Myslinski
Holland & Knight
10 St James Avenue
11th floor
Boston, MA 02116
Phone: 617-523-2700
Fax: 617-523-6850
Active 08/26/2005 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 08/08/2005 | 1.0 | Complaint filed with request for trial by jury all counts |

MASXP-20050325  
barney

**Commonwealth of Massachusetts**  
**SUFFOLK SUPERIOR COURT**  
**Case Summary**  
**Civil Docket**

08/30/2005  
03:06 PM

## SUCV2005-03378
### Fireman et al v News America Marketing in-Store Inc

| Date | Paper | Text |
|------|-------|------|
| 08/08/2005 | | Origin 1, Type A99, Track F. |
| 08/08/2005 | 2.0 | Civil action cover sheet filed |
| 08/08/2005 | 3.0 | Motion of plff for appointment of Robert Messina as special process server, filed & allowed (Sikora,J) |
| 08/16/2005 | 4.0 | SERVICE RETURNED: News America Marketing in-Store Inc(Defendant) in hand to Ms. Susan Paxton |
| 08/26/2005 | | Certified copy of petition for removal to U. S. Dist. Court of Deft.New America Marketing In-Store, Inc. U. S. Dist.#(05-11740MLW). |
| 08/26/2005 | | Case REMOVED this date to US District Court of Massachusetts |

**EVENTS**

I HEREBY ATTEST AND CERTIFY ON  
AUGUST 26, 2005, THAT THE  
FOREGOING DOCUMENT IS A FULL,  
TRUE AND CORRECT COPY OF THE  
ORIGINAL ON FILE IN MY OFFICE,  
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN  
CLERK / MAGISTRATE  
SUFFOLK SUPERIOR CIVIL COURT  
DEPARTMENT OF THE TRIAL COURT

BY: _____

ASSISTANT CLERK.

*Suffolk Superior Civil # 05-3378*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**05 - 11740 MLW**

| | |
|---|---|
| ROBERT FIREMAN and ANN RAIDER, <br><br> Plaintiffs, <br><br> v. <br><br> NEWS AMERICA MARKETING IN-STORE, INC., <br><br> Defendant. | Civil Action No. |

## NOTICE OF REMOVAL

Defendant News America Marketing In-Store, Inc. (hereinafter "News America") files this Notice of Removal of the civil action filed against it by plaintiffs Robert Fireman and Ann Raider to the United States District Court for the District of Massachusetts, pursuant to the provisions of 28 U.S.C. §§ 1441, 1446, and 1332, on the basis of the following facts that show this case is properly removable:

1. Plaintiffs filed a complaint against defendant in Suffolk County Superior Court on August 8, 2005. The case is styled *Robert Fireman and Ann Raider v. News America Marketing In-Store, Inc.*, Suffolk (Massachusetts) Superior Court, Civil Action No. 05-3378. (A true copy of the Complaint is attached hereto as Exhibit A.)

2. The time within which defendant is required by the laws of the United States, 28 U.S.C. § 1446(b), to file this Notice of Removal has not yet expired.

3. Plaintiff Robert Fireman is an individual residing at 241 Perkins Street, #D-104, Jamaica Plain, Massachusetts. (See Complaint, Ex. A hereto).

4. Plaintiff Ann Raider is an individual residing at 46 Ivy Road, Wellesley, Massachusetts. (See Complaint, Ex. A hereto).

# 3154232_v1