UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT FIREMAN and ANN RAIDER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NEWS AMERICA MARKETING IN-STORE, ) <br> INC., ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION NO. 05-11740MLW |

## PLAINTIFFS' REQUEST FOR LOCAL RULE 16.1 SCHEDULING CONFERENCE

The Plaintiffs to the above referenced matter, Robert Fireman and Ann Raider, respectfully request that a Local Rule 16.1 initial scheduling conference be scheduled at the Court's earliest convenience. This matter was removed by the Defendant from the Massachusetts Superior Court to this Court on August 22, 2005.

WHEREFORE, Plaintiffs Robert Fireman and Ann Raider respectfully request the Court schedule a Local Rule 16.1 conference at the Court's earliest convenience.

ANN RAIDER AND ROBERT FIREMAN

By their attorneys,

/s David H. Rich
Kevin T. Peters (BBO #550522)
David H. Rich (BBO #634275)
Todd & Weld LLP
28 State Street
Boston, MA  02109
(617)-720-2626
Dated: March 6, 2006                    drich@toddweld.com

**Certificate of Service**
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 6, 2006.