UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT FIREMAN and ANN RAIDER, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NEWS AMERICA MARKETING IN-STORE, )<br>INC., )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 05-11740MLW |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1, plaintiffs Robert Fireman and Ann Raider and defendant News America Marketing In-Store, Inc., through their undersigned counsel, hereby respectfully submit the following Joint Statement.

a.   Joint Discovery Plan

The parties have agreed to the following discovery schedule:

| | |
|---|---|
| Deadline for serving Initial Disclosures: | 6/15/06 |
| Deadline for Amending Pleadings: | 8/31/06 |
| Deadline for Fact Discovery: | 2/28/07 |
| Deadline for Plaintiff's Expert Designation: | 3/30/07 |
| Deadline for Defendant's Expert Designation: | 4/27/07 |
| Deadline for Completion of Expert Depositions: | 5/31/07 |

    b.    <u>Motion Schedule</u>

The parties have agreed to file motions for summary judgment or partial summary judgment on or before July 16, 2007.

    c.    <u>Certification of Counsel and Authorized Representative</u>

See Attached

Respectfully submitted,

| | |
|---|---|
| ROBERT FIREMAN and<br>ANN RAIDER | NEWS AMERICA MARKETING IN-<br>STORE, INC. |
| By their attorneys, | By its attorneys, |
| *[signature]* | *[signature]* |
| Kevin T. Peters (BBO#550522)<br>David H. Rich (BBO #634275)<br>Todd & Weld LLP<br>28 State Street<br>Boston, MA 02109<br>(617) 720-2626 | Gordon Katz (BBO # 261080)<br>Holland & Knight<br>10 St. James Street, 11th Floor<br>Boston, MA 02116<br>(617) 523-2700 |

## CERTIFICATION IN COMPLIANCE WITH LOCAL RULE 16.1

The undersigned affirm that they have discussed between and among one and other that they have conferred with a view toward establishing a budget for the costs of conducting full course – and various alternative courses – of litigation; and further affirm that they have conferred regarding the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Kevin T. Peters, Esq.
Todd & Weld LLP
28 State Street, 31ST Floor
Boston, MA 02109

_____
Robert Fireman

_____
Ann Raider

## CERTIFICATION IN COMPLIANCE WITH LOCAL RULE 16.1

The undersigned affirm that they have discussed between and among one and other that they have conferred with a view toward establishing a budget for the costs of conducting full course -- and various alternative courses -- of litigation; and further affirm that they have conferred regarding the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Kevin T. Peters, Esq.
Todd & Weld LLP
28 State Street, 31ST Floor
Boston, MA 02109

_____
Robert Fireman

_/s/ Ann McCarthy_____
Ann Raider

## CERTIFICATION IN COMPLIANCE WITH LOCAL RULE 16.1

The undersigned affirm that they have discussed between and among one and other that they have conferred with a view toward establishing a budget for the costs of conducting full course – and various alternative courses – of litigation; and further affirm that they have conferred regarding the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Gordon Katz, Esquire
Holland & Knight
10 St. James Street, 11th Floor
Boston, MA 02116

_____
News America Marketing In-Store, Inc.
By: Jordan Lippner
Associate General Counsel