UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT FIREMAN and ANN RAIDER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NEWS AMERICA MARKETING IN-STORE, ) <br> INC., ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION NO. 05-11740MLW |

**ROBERT FIREMAN AND ANN RAIDER'S INITIAL
DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)**

Robert Fireman ("Mr. Fireman") and Ann Raider ("Ms. Raider") hereby disclose the following pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 26.2. Mr. Fireman and Ms. Raider reserve their right to supplement these disclosures as necessary.

A.  **Individuals Likely to Have Discoverable Information That Mr. Fireman and Ms. Raider May Use To Support Their Claims**

   1. Paul Carlucci
      Chairman
      News America Marketing
      1211 Avenue of the Americas
      New York, New York

      Mr. Carlucci possesses information relative to News America Marketing's purchase of Consumer Card Marketing, Inc. ("CCMI"), including but not limited to the negotiations with CCMI and its principals regarding the purchase. Mr. Carlucci possesses knowledge of CCMI's (which later became Smart Source Direct) operations and the operations of News America Marketing as it affected CCMI.

   2. Henri Lellouche
      Senior Vice President

    News America Marketing
1211 Avenue of the Americas
New York, New York

Mr. Lellouche possesses information relative to News America Marketing's purchase of CCMI, including but not limited to the negotiations with CCMI and its principals regarding the purchase. Mr. Lellouche possesses knowledge of CCMI's (which later became Smart Source Direct) operations and the operations of News America Marketing as it affected CCMI.

3. John Rubin
Senior Vice President
News America Marketing
1211 Avenue of the Americas
New York, New York

Mr. Rubin possesses information relative to News America Marketing's purchase of CCMI, including but not limited to the negotiations with CCMI and its principals regarding the purchase. Mr. Rubin possesses knowledge of CCMI's (which later became Smart Source Direct) operations and the operations of News America Marketing as it affected CCMI.

4. Gene Kline
Executive Vice President
News America Marketing
1211 Avenue of the Americas
New York, New York

Mr. Kline possesses information relative to News America Marketing's purchase of CCMI. Mr. Kline possesses knowledge of CCMI's (which later became Smart Source Direct) operations and the operations of News America Marketing as it affected CCMI.

5. Chris Mixon
Executive Vice President
News America Marketing
1211 Avenue of the Americas
New York, New York

Mr. Mixon possesses information relative to News America Marketing's purchase of CCMI. Mr. Mixon possesses knowledge of CCMI's (which later became Smart Source Direct) operations and the operations of News America Marketing as it affected CCMI.

6. Bill Chrisie
Chief Information Officer

        News America Marketing
        1211 Avenue of the Americas
        New York, New York

        Mr. Christie possesses knowledge of CCMI's (which later became Smart Source Direct) operations and the operations of News America Marketing as it affected CCMI.

7.     David Devoe Sr.
        Chief Financial Officer
        News Corp.

        Mr. Devoe possesses information relative to News America Marketing's purchase of CCMI. Mr. Devoe possesses knowledge of CCMI's (which later became Smart Source Direct) operations and the operations of News America Marketing as it affected CCMI.

8.     Peter Chernin
        President
        News Corp.

        Mr. Chernin possesses information relative to News America Marketing's purchase of CCMI. Mr. Chernin possesses knowledge of CCMI's (which later became Smart Source Direct) operations and the operations of News America Marketing as it affected CCMI.

9.     Lachlan Murdock
        News Corp.

        Mr. Murdock possesses information relative to News America Marketing's purchase of CCMI. Mr. Murdock possesses knowledge of CCMI's (which later became Smart Source Direct) operations and the operations of News America Marketing as it affected CCMI.

10.    David Benson
        Chief Information Officer
        News Corp

        Mr. Benson possesses information relative to News America Marketing's purchase of CCMI. Mr. Benson possesses knowledge of CCMI's (which later became Smart Source Direct) operations and the operations of News America Marketing as it affected CCMI.

11.    Rich Roseman
        Vice President of Information Services
        News America Marketing

      1211 Avenue of the Americas
      New York, New York

      Mr. Roseman possesses knowledge of CCMI's (which later became Smart Source Direct) operations and the operations of News America Marketing as it affected CCMI.

12. Marty Garofalo
      Former Executive Vice President of Sales
      News America Marketing
      1211 Avenue of the Americas
      New York, New York

      Mr. Garofalo possesses knowledge of CCMI's (which later became Smart Source Direct) operations and the operations of News America Marketing as it affected CCMI.

13. Wayne Campanili
      News America Marketing
      1211 Avenue of the Americas
      New York, New York

      Mr. Campanili possesses knowledge of CCMI's (which later became Smart Source Direct) operations and the operations of News America Marketing as it affected CCMI. Mr. Campanili possesses information relating to News America Marketing's contracts, including its contract with Ms. Raider and Mr. Fireman.

14. John Linguini
      News America Marketing
      1211 Avenue of the Americas
      New York, New York

      Mr. Linguini possesses information relating to News America Marketing's finances in 2002 and possesses information relating to News America Marketing's contract with Ms. Raider and Mr. Fireman and the payout provision. Mr. Linguini possesses knowledge of CCMI's (which later became Smart Source Direct) operations and the operations of News America Marketing as it affected CCMI.

15. David Devoe Jr.
      Chief Financial Officer
      News Corp.
      Avenue of the Stars
      Los Angeles, CA

        Mr. Devoe possesses information relative to News America Marketing's purchase of CCMI, including but not limited to the negotiations with CCMI and its principals regarding the purchase. Mr. Devoe possesses knowledge of CCMI's (which later became Smart Source Direct) operations and the operations of News America Marketing as it affected CCMI, including but not limited to its finances.

16. Heather Harde
    News Corp.
    Avenue of the Stars
    Los Angeles, CA

    Ms. Harde possesses information relative to News America Marketing's purchase of CCMI, including but not limited to the due diligence of CCMI. Ms. Harde possesses knowledge of CCMI's (which later became Smart Source Direct) operations and the operations of News America Marketing, including but not limited to www.smartsource.com.

17. Mike Ricanno
    Chief Financial Officer
    News Corp.
    New York, New York

    Mr. Ricanno possesses information relative to News America Marketing's purchase of CCMI, including but not limited to the due diligence of CCMI. Mr. Ricanno possesses knowledge of CCMI's (which later became Smart Source Direct) operations and the operations of News America Marketing as it affected CCMI, including but not limited to its finances.

18. Dominick Porco
    New York, New York

    Mr. Porco possesses information relative to News America Marketing's purchase of CCMI, including but not limited to the due diligence of CCMI. Mr. Porco possesses knowledge of CCMI's (which later became Smart Source Direct) operations and the operations of News America Marketing as it affected CCMI.

19. Jennifer Jehn
    Florida

    Mr. Jehn possesses knowledge of CCMI's (which later became Smart Source Direct) operations and the operations of News America Marketing as it affected CCMI.

20. Chris Bruther

Connecticut

Mr. Bruther possesses knowledge of CCMI's (which later became Smart Source Direct) operations, including its finances, and the operations of News America Marketing as it affected CCMI, including but not limited to its finances.

21. Mike Cleary
    former VP of Smart Source Direct
    General Manager of Mobile Media
    Connecticut

    Mr. Cleary possesses knowledge of CCMI's (which later became Smart Source Direct) operations, including its finances, and the operations of News America Marketing as it affected CCMI, including but not limited to its finances.

22. Ed Wogan
    Vertis Corp.
    250 West Pratt
    Baltimore, MD

    Mr. Wogan possesses knowledge of CCMI's (which later became Smart Source Direct) operations and the operations of News America Marketing as it affected CCMI, including but not limited to its finances.

23. Jan Constantine, Esquire
    Address unknown

    Ms. Constantine possesses knowledge of CCMI's (which later became Smart Source Direct) operations and the business operations of News America Marketing as it affected CCMI.

24. Deborah Wolf, Esq.
    Formerly of Squadron, Ellenoff, Plesent & Sheinfeld
    551 Fifth Ave
    New York, New York

    Ms. Wolf possesses information relative to News America Marketing's purchase of CCMI, including but not limited to the negotiations with CCMI and its principals regarding the purchase.

25. Les Charm
    Professor
    Babson College
    Wellesley, MA

      Mr. Charm possesses information relative to News America Marketing's purchase of CCMI, including but not limited to the negotiations with CCMI and its principals regarding the purchase. Mr. Charm possesses knowledge of CCMI's (which later became Smart Source Direct) operations and the operations of News America Marketing as it affected CCMI.

26. Diana Fontaine
    Plymouth, MA

    Ms. Fontaine possesses information relative to CCMI's operations.

27. Robert Coughlin
    Boston, MA

    Mr. Coughin possesses information relative to CCMI's operations, particularly its finances.

28. Kevin Tripp
    The Gillette Company
    Prudential Center
    Boston, MA

    Mr. Tripp possesses information relative to News America Marketing's purchase of CCMI, including but not limited to the negotiations with CCMI and its principals regarding the purchase. Mr. Tripp possesses knowledge of CCMI's (which later became Smart Source Direct) operations and the operations of News America Marketing as it affected CCMI.

29. Bill Adam
    Connecticut

    Mr. Adam possesses information relative to News America Marketing's purchase of CCMI, including but not limited to the negotiations with CCMI and its principals regarding the purchase. Mr. Adam possesses knowledge of CCMI's (which later became Smart Source Direct) operations and the operations of News America Marketing as it affected CCMI.

30. Barry Robinson
    President, Targeted Solutions
    Eliot, Maine

    Mr. Robinson possesses knowledge of CCMI's (which later became Smart Source Direct) operations and the operations of News America Marketing as it affected CCMI.

31. Kevin McKenna
    San Antonio, TX

    Mr. McKenna possesses knowledge of CCMI's (which later became Smart Source Direct) operations and the operations of News America Marketing as it affected CCMI. Mr. McKenna also possesses knowledge of the loyalty marketing industry.

32. David Henkin, Esq.
    Goodwin Procter
    Boston, MA

    Ms. Henkin possesses information relative to News America Marketing's purchase of CCMI, including but not limited to the negotiations between CCMI and New America Marketing.

33. Kevin Bridgewater
    Vice President
    Marsh Super Markets
    Indianapolis, Indiana

    Mr. Bridgewater possesses information relative to CCMI's business as well as information relating to the loyalty marketing industry.

34. David Chincao
    The Kroger Company
    Cincinnati, Ohio

    Mr. Chincao possesses information relative to CCMI's business as well as information relating to the loyalty marketing industry.

35. Rich Sterling
    The Kroger Company
    Cincinnati, Ohio

    Mr. Sterling possesses information relative to CCMI's business as well as information relating to the loyalty marketing industry.

36. Steve Denny
    Vice President
    The Kroger Company
    Cincinnati, Ohio

    Mr. Denny possesses information relative to CCMI's business as well as information relating to the loyalty marketing industry.

37. Christie Coleman
    Bashas Supermarket
    Phoenix, AZ

    Ms. Coleman possesses information relative to CCMI's business as well as information relating to the loyalty marketing industry.

38. Jim Nygrin, VP
    Frys Supermarkets
    Phoenix, AZ

    Mr. Nygrin possesses information relative to CCMI's business as well as information relating to the loyalty marketing industry.

39. Frank Jack, Controller
    Longs Drugs
    California

    Mr. Jack possesses information relative to CCMI's business as well as information relating to the loyalty marketing industry.

40. Steve Prebble Vice President
    Albertsons
    Boise, ID

    Mr. Prebble possesses information relative to CCMI's business as well as information relating to the loyalty marketing industry.

41. David Henry, Executive Vice President
    Winn Dixie
    Jacksonville, FL

    Mr. Henry possesses information relative to CCMI's business as well as information relating to the loyalty marketing industry.

42. Barry Berman, Executive Vice President
    Stop & Shop Supermarkets
    Braintree, MA

    Mr. Berman possesses information relative to CCMI's business as well as information relating to the loyalty marketing industry.

43. Kathy Harkins, Director
    Bilo Supermarkets
    South Carolina

        Mr. Harkins possesses information relative to CCMI's business as well as information relating to the loyalty marketing industry.

44. John Wiley, VP
    Grocery Outlet Stores
    California

    Mr. Wiley possesses information relative to CCMI's business as well as information relating to the loyalty marketing industry.

45. Eric Blank, President
    Arthur Blank and Co.
    Massachusetts

    Mr. Blank possesses information relative to CCMI's business as well as information relating to the loyalty marketing industry.

46. Ron Goad, President
    Oklahoma City, OK

    Mr. Goad possesses information relative to CCMI's business as well as information relating to the loyalty marketing industry.

47. Alan Biren, President
    AJ Biren & CO
    Westborough MA

    Mr. Biren possesses information relative to CCMI's business as well as information relating to the loyalty marketing industry.

48. Seth Epstein, President
    Tactical Retail Solutions
    Hartford, CT

    Mr. Epstein possesses information relative to CCMI's business as well as information relating to the loyalty marketing industry.

49. Carline Thissen
    Retail Solutions
    Naples, FL

    Ms. Thissen possesses information relating to the loyalty marketing industry generally.

50. David Diamond
    Diamond, Inc.

   New York, New York

   Mr. Diamond possesses information relating to the loyalty marketing industry generally.

51. Brian Wolf
    North Carolina

    Mr. Wolf possesses information relating to the loyalty marketing industry.

52. Ann Raider
    c/o Todd & Weld LLP
    28 State Street, 31st Floor
    Boston, MA 02109

    Ms. Raider possesses information relating to the facts as alleged in her complaint.

53. Robert Fireman
    c/o Todd & Weld LLP
    28 State Street, 31st Floor
    Boston, MA 02109

    Mr. Fireman possesses information relating to the facts as alleged in his complaint.

54. Michael Gafney
    New York, New York

    Mr. Gafney possesses information relative to the due diligence performed on CCMI.

B. **Documents, Data Compilations and Tangible Things In the Possession, Custody or Control of Mr. Fireman and Ms. Raider That They May Use To Support Their Claims**

The following is a description by category and location of all documents, data compilations and tangible things within Mr. Fireman and Ms. Raider's possession, custody or control that they may use to support their claims. Unless otherwise noted, the identified categories of documents are located either with counsel or at Ms. Raider and Mr. Fireman's residence.

These documents include:

1. Records of CCMI prior to the sale

11

  2.  Stock Purchase Agreement

  3.  Correspondences protesting lack of action by News America Marketing and earn out issues

  4.  PowerPoint Presentations to customers

  5.  Trade Journals which describe the market growth and competitors' positions

  6.  Original Press Releases of CCMI

  7.  Email correspondences and other documentary exchanges between CCMI later Smart Source Direct.

  8.  Fiscal Year Planning Documents and Budgets

**C.** **Computation Of Any Category of Damages**

At this time, Mr. Fireman and Ms. Raider are unable to quantify their damages suffered as a result of News America Marketing In-Store, Inc.'s misconduct. Further responding, News America Marketing's own records demonstrate that Ms. Raider and Mr. Fireman are owed in excess of $15,000,000.

**D.** **Insurance Agreement**

Mr. Fireman and Ms. Raider are plaintiffs in this case and therefore have no insurance agreements relative to this dispute.

13

                    ANN RAIDER AND ROBERT FIREMAN

                    By their attorneys,

                    /s David H. Rich
                  Kevin T. Peters (BBO #550522)
                  David H. Rich (BBO #634275)
                  Todd & Weld LLP
                  28 State Street
                  Boston, MA 02109
Dated: June 1, 2006      (617) 720-2626