UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT FIREMAN and ANN RAIDER,<br><br>        Plaintiffs,<br><br>v.<br><br>NEWS AMERICA MARKETING IN-STORE, INC.,<br><br>        Defendant. | Civil Action No. 05-11740-MLW |

## NOTICE OF APPEARANCE

Please enter the appearance of Ieuan G. Mahony of Holland & Knight, LLP as co-counsel for the defendant, News America Marketing In-Store, Inc.

Dated: May 10, 2007
       Boston, Massachusetts

                              NEWS AMERICA MARKETING IN-STORE, INC.

                              By its attorney,


                              /s/ Ieuan G. Mahony
                              Ieuan G. Mahony (BBO# 552349)
                              HOLLAND & KNIGHT LLP
                              10 St. James Avenue
                              Boston, MA 02116
                              (617) 523-2700