UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT FIREMAN and ANN RAIDER,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>NEWS AMERICA MARKETING IN-STORE, INC.,<br><br>　　　　　　　Defendant. | Civil Action No. 05-11740-MLW |

## NOTICE OF APPEARANCE

Please enter the appearance of Benjamin M. McGovern of Holland & Knight LLP as co-counsel for the defendant, News America Marketing In-Store, Inc.

　　　　　　　　　　　　　　　　NEWS AMERICA MARKETING IN-STORE, INC.

　　　　　　　　　　　　　　　　By its attorneys,


　　　　　　　　　　　　　　　　/s/ Benjamin M. McGovern
　　　　　　　　　　　　　　　　Gordon P. Katz (BBO #261080)
　　　　　　　　　　　　　　　　Ieuan G. Mahoney (BBO #552349)
　　　　　　　　　　　　　　　　Benjamin M. McGovern (BBO #661611)
　　　　　　　　　　　　　　　　HOLLAND & KNIGHT LLP
　　　　　　　　　　　　　　　　10 St. James Avenue
　　　　　　　　　　　　　　　　Boston, MA 02116
　　　　　　　　　　　　　　　　(617) 523-2700

Dated: May 16, 2007
　　　　Boston, Massachusetts

# 4549404_v1

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 16th day of May, 2007.

/s/ Benjamin M. McGovern
Benjamin M. McGovern