UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT FIREMAN and ANN RAIDER,

                  Plaintiffs,

v.

NEWS AMERICA MARKETING IN-STORE,
INC.,

                  Defendant.

Civil Action No. 05-11740-MLW

## ASSENTED-TO MOTION OF NEWS AMERICA MARKETING-IN STORE, INC. TO ENLARGE TIME TO FILE ITS OPPOSITION TO MOTION TO COMPEL DISCOVERY RESPONSES

Defendant News America Marketing In-Store, Inc. ("News America") hereby moves that its time to respond to Plaintiffs' Motion to Compel Responses to Discovery Requests From Defendant News America Marketing In-Store, Inc. (the "motion to compel"), filed on May 9, 2007, be enlarged and extended to and including **June 4, 2007.**

As grounds for the assented-to motion, News America states that due to the complexity of the factual and legal issues raised in the motion to compel, ongoing deposition discovery in this case during the balance of May, 2007, and the intervening Memorial Day weekend, additional time is needed in order to respond fully to the arguments raised in the motion to compel.

*Plaintiffs have assented to the allowance of this motion.*

# 4549214_v1

| | |
|---|---|
| ROBERT FIREMAN and ANN RAIDER | NEWS AMERICA MARKETING IN-STORE, INC. |
| By their attorneys, | By its attorneys, |
| /s/ Kevin T. Peters | /s/ Gordon P. Katz |
| Kevin T. Peters (BBO #550522) | Gordon P. Katz (BBO# 261080) |
| David H. Rich (BBO #634275) | Ieuan G. Mahoney (BBO #552349) |
| Charles H. Roumeliotis (BBO #657553) | Benjamin M. McGovern (BBO #661611) |
| TODD & WELD LLP | HOLLAND & KNIGHT LLP |
| 28 State Street, 31st Floor | 10 St. James Avenue |
| Boston, MA  02109 | Boston, MA  02116 |
| (617) 720-2626 | (617) 523-2700 |

Dated: May 17, 2007
        Boston, Massachusetts


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

and paper copies will be sent to those indicated as non-registered participants on this 17th day of

May, 2007.

/s/ Gordon P. Katz
Gordon P. Katz