UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT FIREMAN and ANN RAIDER,<br><br>            Plaintiffs,<br><br>v.<br><br>NEWS AMERICA MARKETING IN-STORE, INC.,<br><br>            Defendant. | Civil Action No. 05-11740-MLW |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE
TO FILE MEMORANDUM IN EXCESS OF 20 PAGES**

      Pursuant to Local Rule 7.1 (B) (4), Defendant News America Marketing In-Store, Inc. ("NAM") moves for leave to file an approximately 30 page memorandum in opposition to Plaintiffs' Motion to Compel Responses to Discovery Requests (the "Motion").

      As grounds for the motion, NAM states that the Motion raises complex questions concerning the scope of e-discovery. More than 20 pages are needed to discuss fully the complicated factual and legal issues attendant to the relief sought by the Motion: namely, that NAM restore and search over 5 years of company-wide *backup* tapes, consisting of over 5,000 actual tapes, at a projected cost of over $13 million.

>NEWS AMERICA MARKETING IN-STORE, INC.
>
>By its attorneys,
>
>/s/ Gordon P. Katz
>Gordon P. Katz (BBO# 261080)
>Ieuan G. Mahony (BBO# 552349)
>Benjamin M. McGovern (BBO# 661611)
>HOLLAND & KNIGHT LLP
>10 St. James Avenue
>Boston, MA 02116
>(617) 523-2700

Dated: June 4, 2007
    Boston, Massachusetts

## CERTIFICATE PURSUANT TO LOCAL RULES 7.1

I, Gordon P. Katz, hereby certify pursuant to Rule 7.1 of the Local Rules of the United States District Court for the District of Massachusetts that I discussed on June 4, 2007, the within Motion with Kevin Peters, counsel for Robert Fireman and Ann Raider, and he stated that he did not oppose the Motion's allowance.

>/s/ Gordon P. Katz
>Gordon P. Katz

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 4th day of June, 2007.

>/s/ Gordon P. Katz
>Gordon P. Katz

# 4583471_v1