UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT FIREMAN and ANN RAIDER, )
)
Plaintiffs, )
)
v. ) CIVIL ACTION NO. 05-11740MLW
)
NEWS AMERICA MARKETING IN-STORE, )
INC., )
)
Defendant. )

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS FROM DEFENDANT**

Pursuant to Local Rule 7.1(B)(3), Plaintiffs Robert Fireman and Ann Raider respectfully move for leave to file a reply to Defendant's Opposition To Plaintiffs' Motion to Compel Responses To Discovery Requests From Defendant. This reply is necessary to respond to certain important omissions from Plaintiff's opposition, their mischaracterization of important points of law relating to electronic discovery and Plaintiffs' claims against Defendants, and to respond to other matters raised by Defendants not addressed by Plaintiffs in their opening brief. Plaintiffs submit that the reply will not create any new matters for argument but will assist the Court in resolving the issues originally set forth in Plaintiffs' motion to compel. Counsel for the Defendant has agreed not to oppose this Motion.

        ANN RAIDER AND ROBERT FIREMAN,

        By their attorneys,

        /s/ David H. Rich
        Kevin T. Peters (BBO #550522)
        David H. Rich (BBO #634275)
        Charles H. Roumeliotis (BBO #657553)
        Todd & Weld LLP
        28 State Street
        Boston, MA 02109

Dated: June 11, 2007        (617) 720-2626

## CERTIFICATION PURSUANT TO LOCAL RULES 7.1 and 37.1

    I, Kevin T. Peters, hereby certify pursuant to Rules 7.1 and 37.1 of the Local Rules of the United States District Court for the District of Massachusetts that I have made a reasonable and good faith effort to reach agreement with counsel for News America Marketing In-Store, Inc., on the matter that is the subject of this Motion. I corresponded through email with Gordon Katz on June 8, 2007, and counsel for Defendant agreed not to oppose this Motion.

        /s/ Kevin T. Peters
        Kevin T. Peters

## CERTIFICATE OF SERVICE

    I, David H. Rich, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Date: June 11, 2007        /s/ David H. Rich
        David H. Rich