UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT FIREMAN and ANN RAIDER,<br><br>Plaintiffs,<br><br>v.<br><br>NEWS AMERICA MARKETING IN-STORE,<br>INC.,<br><br>Defendant. | Civil Action No. 05-11740-MLW |

**JOINT STATEMENT OF COUNSEL REGARDING**
**SETTLEMENT AND POTENTIAL SUMMARY JUDGMENT MOTION**

Pursuant to the Court's May 30, 2006 Scheduling Order (Document 11), counsel for the

parties were instructed to report to the Court by June 21, 2007 on the prospects for settlement

and whether either party feels there is a proper basis for filing a motion for summary judgment.

Counsel for all parties hereby report to the Court that they have met to explore the merits

of the case, but at the present time Defendant News America Marketing In-Store, Inc. ("NAM")

does not believe that the parties will be able to reach a settlement. Counsel for the Plaintiffs is

willing to participate in mediation. NAM does not believe that mediation would be productive in

the absence of a reasonable settlement demand, which has yet to be made in NAM's estimation.

NAM believes that there are strong grounds for a motion for summary judgment

dismissing the action. These grounds are set forth, in part, in Section IV (pp. 26-31) of NAM's

Opposition to Plaintiffs' Motion to Compel Responses to Discovery Requests from Defendant,

filed on June 4, 2007.

# 4624092_v1

ROBERT FIREMAN and ANN RAIDER

By their attorneys,


/s/ Kevin T. Peters
Kevin T. Peters (BBO #550522)
David H. Rich (BBO #634275)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA  02109
(617) 720-2626

NEWS AMERICA MARKETING IN-STORE, INC.

By its attorneys,


/s/ Gordon P. Katz
Gordon P. Katz (BBO# 261080)
Tara J. Myslinski (BBO #644936)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700


Dated: June 21, 2007
       Boston, Massachusetts


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 21st day of June, 2007.


/s/ Gordon P. Katz
Gordon P. Katz


# 4624092_v1

2