UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA05-11740

| Robert Fireman et al | News America Marketing, Inc. |
|---|---|
| PLAINTIFF | DEFENDANT |
| Kevin Peters | Gordon Katz |
| David Rich | Ieaun-Gael Maloney |
| Charles Roumeliotis | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Romanow

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 6/26/07 | Court goes over the procedural status of the case. |
| | Court listens to oral arguments on the plaintiff's motion to compel (docket no 17). Court denies the motion to compel. Court then listens to oral arguments on the plaintiff's motion to modify the scheduling order (Docket no 28). Court denies the motion without prejudice. Court sets further discovery and briefing deadlines. Report due by 9/14/07. Conference set for 10/4/07 at 3:30 pm |