UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT FIREMAN and ANN RAIDER,<br><br>Plaintiffs,<br><br>v.<br><br>NEWS AMERICA MARKETING IN-STORE, INC.,<br><br>Defendant. | Civil Action No. 05-11740-MLW |

**ASSENTED-TO MOTION OF NEWS AMERICA
MARKETING-IN STORE, INC. TO ENLARGE TIME TO FILE
ITS OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO
DISCLOSE EXPERTS BEYOND EXPERT DISCLOSURE DATE**

Defendant News America Marketing In-Store, Inc. ("News America") hereby moves that its time to respond to Plaintiffs' Motion for Leave to Disclose Experts Beyond Expert Disclosure Date (the "motion"), filed on August 10, 2007, be enlarged and extended by two weeks to and including **September 7, 2007.**

As grounds for this assented-to motion, News America states that due to the complexity of the factual and legal issues raised in the motion and pre-planned family vacations of defendants' counsel during the last half of August, additional time is needed in order to respond fully to the arguments raised in the motion.

*Plaintiffs have assented to the allowance of this motion.*

# 4729067_v1

| ROBERT FIREMAN and ANN RAIDER | NEWS AMERICA MARKETING IN-STORE, INC. |
|---|---|
| By their attorneys, | By its attorneys, |
| /s/ Kevin T. Peters<br>Kevin T. Peters (BBO #550522)<br>David H. Rich (BBO #634275)<br>Charles H. Roumeliotis (BBO #657553)<br>TODD & WELD LLP<br>28 State Street, 31st Floor<br>Boston, MA  02109<br>(617) 720-2626 | /s/ Gordon P. Katz<br>Gordon P. Katz (BBO# 261080)<br>Ieuan G. Mahoney (BBO #552349)<br>Benjamin M. McGovern (BBO #661611)<br>HOLLAND & KNIGHT LLP<br>10 St. James Avenue<br>Boston, MA  02116<br>(617) 523-2700 |

Dated: August 13, 2007
       Boston, Massachusetts

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 13th day of August, 2007.

/s/ Gordon P. Katz
Gordon P. Katz

# 4729067_v1