UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA05-11740

| Robert Fireman et al | American News Marketing In-Store et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Kevin Peters | Gordon Katz |
| David Rich | Ieuan Gael-Mahony |
| Charles Roumeliotis | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER   Romanow

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 10/4/07 | Court listens to oral arguments on the plaintiff's motion to extend time to disclose expert report (docket no 41). |
| | Court takes a brief recess to allow counsel to discuss with their clients regarding which track the case should go on (i.e. summary judgment on liability versus expert discovery).  Plaintiffs inform the court that they wish to proceed with expert discovery.  Court will allow the plaintiff to file the expert report and stays any further discovery related to the experts.  Court resumes in the lobby with counsel and their clients to set a schedule for the next phase of the case and to conduct a settlement conference. |