UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT FIREMAN and ANN RAIDER,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>NEWS AMERICA MARKETING IN-STORE, INC.,<br><br>　　　　　　　Defendant. | Civil Action No. 05-11740-MLW |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE
TO FILE MEMORANDUM IN EXCESS OF 20 PAGES**

　　　　Pursuant to Local Rule 7.1 (B) (4), Defendant News America Marketing In-Store, Inc. ("NAM") moves for leave to file a memorandum in excess of 20 pages in support of its Motion for Summary Judgment (the "Motion").

　　　　As grounds for this motion, NAM states that more than 20 pages are needed to discuss fully the factual and legal issues attendant to the Motion.

　　　　　　　　　　　　　　　　　　　　　　NEWS AMERICA MARKETING IN-STORE, INC.

　　　　　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　　　　　/s/ Gordon P. Katz
　　　　　　　　　　　　　　　　　　　　　　Gordon P. Katz (BBO# 261080)
　　　　　　　　　　　　　　　　　　　　　　Ieuan G. Mahony (BBO# 552349)
　　　　　　　　　　　　　　　　　　　　　　Benjamin M. McGovern (BBO# 661611)
　　　　　　　　　　　　　　　　　　　　　　HOLLAND & KNIGHT LLP
　　　　　　　　　　　　　　　　　　　　　　10 St. James Avenue
　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02116
　　　　　　　　　　　　　　　　　　　　　　(617) 523-2700

Dated: October 31, 2007
　　　　　Boston, Massachusetts

## CERTIFICATE PURSUANT TO LOCAL RULES 7.1

I, Gordon P. Katz, hereby certify pursuant to Rule 7.1 of the Local Rules of the United States District Court for the District of Massachusetts that I discussed on October 26, 2007, the within Motion with Kevin Peters, counsel for Robert Fireman and Ann Raider, and he stated that he did not oppose the Motion's allowance.

/s/ Gordon P. Katz
Gordon P. Katz

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 31st day of October, 2007.

/s/ Gordon P. Katz
Gordon P. Katz

# 4886026_v1