UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT FIREMAN and ANN RAIDER, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NEWS AMERICA MARKETING IN-STORE, )<br>INC., )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 05-1740MLW |

## MOTION FOR LEAVE TO
## FILE OPPOSITION IN EXCESS OF 20 PAGES

Pursuant to Local Rule 7.1(B)(4), Plaintiffs Robert Fireman and Ann Raider move for leave to file a memorandum in excess of twenty (20) pages in opposition to Defendant's Motion for Summary Judgment.

As grounds for this motion, Plaintiffs state that more than twenty (20) pages are needed to address fully the factual and legal issues raised in Defendant's thirty (30) page memorandum in support of its motion for summary judgment.

Respectfully submitted:

ANN RAIDER AND ROBERT FIREMAN

By their attorneys,

/s/ Charles H. Roumeliotis
Kevin T. Peters (BBO #550522)
David H. Rich (BBO #634275)
Charles H. Roumeliotis (BBO #657553)
Todd & Weld LLP
28 State Street
Boston, MA 02109
(617) 720-2626

Dated: December 5, 2007

## CERTIFICATE OF SERVICE

I, Charles H. Roumeliotis, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Date: December 5, 2007

/s/ Charles H. Roumeliotis
Charles H. Roumeliotis

## LOCAL RULE 7.1 CERTIFICATE

I, Charles H. Roumeliotis, hereby certify that pursuant to Local Rule 7.1 of the Local Rules to the United States District Court for the District of Massachusetts that I attempted on December 5, 2007 to contact all named counsel for the Defendant but was unable to reach any of them. It is Plaintiffs' understanding that counsel for both parties have a mutual understanding that they agree not to oppose motions such as the within

Date: December 5, 2007

/s/ Charles H. Roumeliotis
Charles H. Roumeliotis