UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

ROBERT FIREMAN and ANN RAIDER, )
                    Plaintiffs, )
                    v. ) CIVIL ACTION NO. 05-1740MLW
NEWS AMERICA MARKETING IN-STORE, )
INC., )
                    Defendant. )

---

## PLAINTIFFS' ASSENTED-TO MOTION TO RE-SCHEDULE SUMMARY JUDGMENT HEARING

Plaintiffs hereby move for this Court to reschedule the summary judgment motion hearing currently scheduled for Wednesday, February 6, 2008 at 2:30 P.M. Lead counsel for the Plaintiffs Kevin T. Peters is currently serving on a grand jury on Wednesdays and Fridays through March 31, 2008 and thus will be serving on the grand jury on February 6, 2008. Therefore, the Plaintiffs respectfully request that the summary judgment hearing be rescheduled to a date on or after February 1, 2008 which does not fall on a Wednesday or Friday through March 31, 2008 and on which counsel for Plaintiffs and Defendant are both available.

Counsel for Plaintiffs and Defendant are both available for a hearing on February 26 and 28, 2008 and March 3, 4, 6, 10, and 11, 2008.

Counsel for the Defendant has assented to the granting of this motion.

WHEREFORE, the Plaintiffs respectfully request that this Court enter an Order rescheduling the summary judgment hearing in this matter to the Court's earliest and

available convenient date after February 1, 2008 for which counsel for Plaintiffs and Defendant are available to attend as noted above.

| Assented to: | Respectfully submitted, |
|---|---|
| NEWS AMERICA MARKETING IN-STORE, | ANN RAIDER AND ROBERT FIREMAN, |
| By its attorneys, | By their attorneys, |
| /s/ Gordon P. Katz | /s/ Charles H. Roumeliotis |
| Gordon P. Katz (BBO #261080) | Kevin T. Peters (BBO #550522) |
| Ieuan G. Mahony (BBO #552349) | David H. Rich (BBO #634275) |
| Benjamin M. McGovern (BBO #661611) | Charles H. Roumeliotis (BBO # 657553) |
| HOLLAND & KNIGHT LLP | Todd & Weld LLP |
| 10 St. James Avenue | 28 State Street |
| Boston, MA 02116 | Boston, MA 02109 |
| (617) 523-2700 | (617) 720-2626 |

Dated: January 15, 2008

CERTIFICATE OF SERVICE

I, Charles H. Roumeliotis, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Date: January 15, 2008            /s/ Charles H. Roumeliotis
                                  Charles H. Roumeliotis

CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Charles H. Roumeliotis, hereby certify pursuant to Rules 7.1 of the Local Rules of the United States District Court for the District of Massachusetts that I have made a reasonable and good faith effort to reach agreement with counsel for News America Marketing In-Store, Inc., on the matter that is the subject of this Motion. I corresponded through e-mail with Gordon Katz on January 15, 2008 and counsel for Defendant has assented to this motion.

                                  /s/ Charles H. Roumeliotis
                                  Charles H. Roumeliotis

2