UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT FIREMAN and ANN RAIDER,

        Plaintiffs,

v.

NEWS AMERICA MARKETING IN-STORE, INC.,

        Defendant.

Civil Action No. 05-11740-MLW

**JOINT MOTION TO RESCHEDULE SUMMARY JUDGMENT HEARING TO TUESDAY, APRIL 8, 2008**

The parties hereby move that this Court reschedule the summary judgment motion hearing currently scheduled for Tuesday, February 26, 2008, at 2:30 p.m., to **April 8, 2008**.

As grounds for the motion, the parties state that (1) lead counsel for the plaintiffs, Kevin T. Peters, is currently serving on a grand jury on Wednesdays and Fridays through March 31, 2008, and (2) the currently scheduled date, February 26, 2008, is unavailable for defendant's in-house counsel, who desires to attend the hearing.

Counsel have been informed that Tuesday, April 8, 2008 is available to the Court. That date is also available for the parties and their counsel.

WHEREFORE, the parties respectfully request that this Court enter an Order rescheduling the summary judgment hearing in this matter to April 8, 2008.

# 5137416_v1

| ROBERT FIREMAN and ANN RAIDER | NEWS AMERICA MARKETING IN-STORE, INC. |
|---|---|
| By their attorneys, | By its attorneys, |
| /s/ Kevin T. Peters | /s/ Gordon P. Katz |
| Kevin T. Peters (BBO #550522) | Gordon P. Katz (BBO #261080) |
| David H. Rich (BBO #634275) | Ieuan G. Mahony (BBO #552349) |
| TODD & WELD LLP | Benjamin McGovern (BBO #661611) |
| 28 State Street, 31st Floor | HOLLAND & KNIGHT LLP |
| Boston, MA 02109 | 10 St. James Avenue |
| (617) 720-2626 | Boston, MA 02116 |
|  | (617) 523-2700 |

Dated: February 21, 2008
      Boston, Massachusetts

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 21st day of February, 2008.

                                            /s/ Gordon P. Katz
                                            Gordon P. Katz