UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA05-11740

| Robert Fireman et al | News America Marketing |
|---|---|
| PLAINTIFF | DEFENDANT |
| Kevin Peters | Gordon Katz |
| Charles Roumeliotis | Ian Gael-Mahoney |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Romanow

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 4/8/08 | Court gives its tentative views to the parties. Court listens to oral arguments on the defendants motion for summary judgment (docket no.50). Court takes the matter under advisement. Court meets with counsel and their clients in the lobby to discuss possible settlement. |